UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
Dante Noteholders,
        Plaintiff(s),

    -against-

Lehman Brothers Financing Inc.,
        Defendant(s).
-----------------------------------------------------X

11  Civ. 2404  (CM) (JCF)
11  Civ. 2784

CALENDAR NOTICE

    Please take notice that the above captioned matter has been **scheduled** for a:

| | | |
|---|---|---|
| ___Pre-trial Conference | _X_ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___Plea Hearing | (Bankruptcy Appeal) |
| ___Rule (16) conference | ___Final pre-trial conference | ___Fairness Hearing |
| ___Telephone Conference | ___Jury Selection and Trial | ___ OTSC Hearing |
| ___ Non-Jury Trial | ___Inquest | |

**to Friday, November 30, 2012 at 10:15 A.M. before the Honorable Colleen McMahon, United States District Judge** in Courtroom 14C, U. S. District Court, 500 Pearl Street, New York, New York 10007.

    Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: November 28, 2012
       New York, New York

So Ordered

_____
Colleen McMahon, U.S.D.J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/12