
RECEIVED
NOV 29 2012
CHAMBERS OF
COLLEEN McMAHON

**Weil, Gotshal & Manges LLP**

MEMO ENDORSED

November 29, 2012

*11/30 Conference adjourned. Case placed on suspense — all deadlines suspended. CW*

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007
*By facsimile: (212) 805-6326*

Re: *Dante Fin. PLC Multi-Issuer Sec. Obligation Programme Noteholders and Liquidators of Lehman Bros. Australia Ltd. v. Lehman Bros. Special Fin. Inc. (In re Lehman Bros. Holdings Inc.)*, Case Nos. 11-cv-2404 (CM), 11-cv-2784 (CM); Adversary Proceeding No. 10-03545 (JMP).

Lehman Brothers Special Financing Inc. ("LBSF") and Belmont Park Investments PTY Ltd., *et al.* (sometimes referred to in this litigation as the "Dante Noteholders" and herein as "Belmont"), parties to the above-referenced interlocutory appeal in Case No. 11-cv-2404 (the "Parties"), jointly write to inform the Court that they have reached a settlement. This settlement would resolve a broader dispute arising out of certain derivative swaps between LBSF and certain special purpose vehicles whose notes are held by Belmont and others. The settlement is, therefore, subject to noteholder approval and certain other conditions. There is a process that has been established, with the participation of the trustee for the transactions, to obtain the required noteholder approval. The settlement, if approved, will also completely resolve the appeal by Lehman Brothers Australia Limited ("LBA") in Case No. 11-cv-2784 (CM) since the notes held by LBA are issued by special purpose vehicles covered by the settlement. Therefore, LBSF and Belmont jointly request that this Court stay further action in Case Nos. 11-cv-2404 (CM) and 11-cv-2784 (CM) pending noteholder consideration of the settlement. The Parties also request that the Court adjourn the status conference scheduled for November 30, 2012 at 10:15 a.m. pending noteholder consideration of the settlement.

The Parties will promptly notify the Court once the settlement has been approved or rejected by noteholders. If the settlement is approved by noteholders, Belmont will dismiss with prejudice its appeal and LBA's appeal will be rendered moot.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/12

The Honorable Colleen McMahon
November 29, 2012, Page 2

**Weil, Gotshal & Manges LLP**

Respectfully submitted,

_____
Richard W. Slack
WEIL, GOTSHAL & MANGES LLP
767 Fifth Ave.
New York, NY 10153
Telephone: (212) 310-8000
Email: richard.slack@weil.com

*Counsel for Lehman Brothers Special Financing Inc.*

_____
Andrew K. Glenn
KASOWITZ BENSON TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1747
Email: aglenn@kasowitz.com

*Counsel for Dante Noteholders/Belmont Park Investments PTY Ltd., et al.*