*Memo Alton, J*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br>LEHMAN BROTHERS HOLDINGS INC., *et al.*<br><br>Debtors. | S.D.N.Y. Bankr.<br>Chapter 11<br>Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS SPECIAL FINANCING INC.,<br>Plaintiff,<br><br>-against-<br><br>THE BANK OF NEW YORK MELLON<br>CORPORATION, *et al.*<br>Defendants. | Adv. Pro. No. 10-03545 (JMP) |
| DANTE NOTEHOLDERS,<br>Appellants,<br><br>-against-<br><br>LEHMAN BROTHERS SPECIAL FINANCING INC.,<br>Appellee. | Case No. 11-cv-2404 (CM) |

## STIPULATION OF DISMISSAL

WHEREAS, on April 8, 2011, this appeal (the "Appeal") was commenced by the Dante Noteholders;

WHEREAS, on June 21, 2011, pursuant to this Court's *Memorandum and Order Granting Appellee's Motion to Dismiss Appellants' Appeals* (the "Dismissal Order"), the Appeal was dismissed;

WHEREAS, on November 26, 2012, the Court of Appeals for the Second Circuit issued a judgment vacating the Dismissal Order and remanding the case back to this Court;

WHEREAS, on November 29, 2012, the undersigned parties informed the Court that they reached a settlement (the "Settlement Agreement") pending the satisfaction of certain conditions precedent;

WHEREAS, all conditions precedent to the Settlement Agreement have been satisfied; and

WHEREAS, the Settlement Agreement provides for the dismissal of the Appeal;

IT IS HEREBY STIPULATED AND AGREED, by and between the Dante Noteholders and Lehman Brothers Special Financing Inc., that pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure, this Appeal is hereby dismissed with prejudice.

Dated: March 8, 2013
New York, New York

| | |
|---|---|
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | WEIL, GOTSHAL & MANGES LLP |
| By: _____ /MBS<br>Andrew K. Glenn<br>Matthew B. Stein | By: _____<br>Richard Slack<br>Meredith Parenti |
| 1633 Broadway<br>New York, New York 10019<br>Tel.: (212) 506-1700<br>Fax: (212) 506-1800 | 767 Fifth Avenue<br>New York, New York 10153<br>Tel.: (212) 310-8000<br>Fax: (212) 310-8007 |
| *Attorneys for Appellants* | *Attorneys for Appellee* |

SO ORDERED:

_____

3/11/2013